UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STATELINE PROCESSORS, INC.,<br>a corporation, and MARIE KIMBLE<br>and GARY HEATON, individuals,<br><br>    Defendants. | No. CV-86-268-JLQ<br><br>ORDER **GRANTING** MOTION TO VACATE CONSENT DECREE OF PERMANENT INJUNCTION |

   BEFORE THE COURT is a motion to vacate a Consent Decree of Permanent Injunction that was entered by this court on June 5, 1986. Defendants are represented by **Theodore Rasmussen**. Plaintiff is represented by **Marci Norton** and Assistant United States Attorney **William Beatty**.

   Pursuant to this court's order of July 7, 2005, Defendants have now filed a copy of the Consent Decree of June 5, 1986. Additionally, the United States has filed a notice indicating that it joins in the motion (Ct. Rec. 12). After review of the consent decree and motion to vacate, and the United States having joined in the motion, the court concludes that the motion should be granted. Accordingly,

   **IT IS HEREBY ORDERED:**

   1. Defendants' Motion to Vacate the Consent Decree of Permanent Injunction that was entered on June 5, 1986 is **GRANTED**. (Ct. Rec. 8).

ORDER

2. The Consent Decree is hereby vacated in all respects as to all Defendants.

3. The Clerk of the court shall close the file.

**IT IS SO ORDERED**.  The Clerk shall file this Order, furnish copies to counsel, and close the file.

DATED this 20th day of July, 2005.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER